SEYMOUR HAYMAN and HAROLD HAYMAN, Copartners Doing Business under the Firm Name of SEYMOUR HAYMAN & Co., Individually and as Stockholders of INDUSTRIAL FINANCE CORPORATION, Suing, etc., Respondents, v. ARTHUR J. MORRIS and Others, Appellants, Impleaded with Others, Defendants. (Action No. 2.) — Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer or move to strike out such parts of the second amended complaint as they may deem to be immaterial to plaintiffs' representative cause of action, within twenty days after entry of order and on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.